# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

CAREY C. PETTIGREW,  )
　　　　　Plaintiff   )
　　　vs.             )   Case No. _____
C/O HEDRICK, C/O KLUS, )   (The case number will be assigned by the clerk)
LT. WHITECOTTON, TODD )
NELSON, AND LT. BREWER )
_____ )
_____ )
_____ )
_____,)
　　　　　Defendant(s))

SCANNED at PCC and E-Mailed
12/4/17 (date) by KK (initials)
8 (# of pages)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

[✓] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: CAREY CORNITRIOUS PETTIGREW

Prison Identification Number: R26024

Current address: P.O. BOX 99
PONTIAC, IL 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: C/O HEDRICK

Current Job Title: CORRECTIONAL OFFICER INTEL

Current Work Address: P.O. BOX 99
PONTIAC, IL 61764

Defendant #2:

Full Name: C/O KLUS

Current Job Title: CORRECTIONAL OFFICER

Current Work Address: P.O. BOX 99
PONTIAC, IL 61764

Defendant #3:

Full Name: LT. WHITECOTTON

Current Job Title: LUIETENANT OFFICER

2

Current Work Address: P.O. BOX 99 PONTIAC, IL 61764

Defendant #4:

Full Name: TODD NELSON

Current Job Title: MENTAL HEALTH PROFFESSIONAL

Current Work Address: P.O. BOX 99 PONTIAC, IL 61764

Defendant #5:

Full Name: LT. BREWER

Current Job Title: LUIETENANT OFFICER

Current Work Address: P.O. BOX 99 PONTIAC, IL 61764

For additional defendants, provide the information in the same format as above on a separate page.

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑    No ☐

C. If your answer to B is yes, how many? __8__    Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number   N/A

2. Basic claim made   N/A

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)   N/A

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ☒   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence   PONTIAC CORRECTIONAL CENTER

4

Date(s) of the occurrence SEPTEMBER 6, 2017

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

ON JULY 12, 2017 I REQUESTED PROTECTIVE CUSTODY. I NOTIFIED INTEL OFFICER C/O HEDRICK THAT THE G.D. ORGANIZATION HAD A HIT ON ME FOR THROWING FECES IN SEGREGATION AND FOR ENGAGING IN HOMOSEXUAL ACTIVITY AS A MEMBER OF G.D. ORGANIZATION. ON AUGUST 23, 2017 I WAS DENIED P.C. FOR UNKNOWN REASONS BY THE INSTITUTION (PONTIAC C.C.), TO WHICH I DECLINED TO APPEAL.

IN NOWAY DID I KNOW THAT I WAS REFUSING P.C., NOR DID I KNOW I WAS GIVING THE IMPRESSION THAT MY P.C. NEEDS WERE NO LONGER AN ISSUE BEING THE PLAINTIFF IS SERIOUSLY MENTALLY ILL. I WAS THEN PLACED IN GENERAL POPULATION ON AUGUST 23, 2017. UPON ARRIVAL I WAS APPROACHED BY A G.D. NAMED BIG PERM ON THE NIGHT YARD AND TOLD THAT I COULDN'T COME TO YARD AGAIN. I WOULD BE VIOLATED BY THE G.D. ORGANIZATION.

5

ON AUGUST 24, 2017 I NOTIFIED C/O KLUS WHAT BIG PERM SAID TO ME ABOUT HURTING ME AND REQUESTED PROTECTIVE CUSTODY. LT. WHITECOTTON WAS NOTIFIED AND CAME TO MY CELL. I WAS TOLD BY LT. WHITECOTON AND KLUS THAT IF MY REASON FOR REREQUESTING (P.C.) WAS THE SAME FOR WHICH I WAS DENIED THEY COULD DO NOTHING TO HELP ME AND THEY LEFT.

ON AUGUST 30, 2017 I WENT ON SUICIDE WATCH AS A RESULT OF ME BECOMING DEPRESSED AND SCARED. I NOTIFIED TODD NELSON THAT I FEARED FOR MY LIFE AND THAT THE G.D.'S WERE TRYING TO HURT ME. I TOLD TODD NELSON I NEEDED (P.C.) STATUS.

ON SEPTEMBER 4, 2017 I WAS TAKEN OFF OF SUICIDE WATCH. PRIOR TO LEAVING SOUTH LOWERS I TOLD LT. BREWER THAT I WAS REQUESTING (P.C.) AND TOLD HIM WHAT BIG PERM SAID TO ME ON THE YARD. I WAS TOLD THAT HE (LT. BREWER) WOULD NOTIFY EAST HOUSE STAFF AND SENT BACK TO POPULATION.

WHEN I ARRIVED TO THE CELLHOUSE I WAS NOT GRANTED P.C. STATUS.

ON SEPTEMBER 6, 2017 I WENT TO YARD AND BIG PERM HAD A G.D. NAMED JEFFREY MITCHELL ATTACK ME. I SUSTAINED 2 BLACK EYES, CUTS UNDER BOTH EYES, AND A SPLIT ~~XXX~~ UPPER AND LOWER LIP. MY LEFT EYE HAS PERMANENT VISION DAMAGE AND ALL THIS OCCURRED BECAUSE I WAS DENIED PROTECTIVE CUSTODY. THE DEFENDANTS FAILED TO PROTECT ME AND WERE DELIBERATELY INDIFFERENT TO MY NEED FOR SAFETY WHICH VIOLATED MY 8TH AMENDMENT RIGHT.

**RELIEF REQUESTED**

(State what relief you want from the court.)

$50,000.00 FROM EACH DEFENDANT

IN THEIR INDIVIDUAL & OFFICIAL CAPACITY IN
COMPENSATORY DAMAGES TOTAL AMOUNT
$250,000.00
$100,000.00 IN PUNITIVE DAMAGES
FROM EACH DEFENDANT IN THEIR INDIVIDUAL & OFFICAL CAPACITY TOTAL AMOUNT $500,000.00

JURY DEMAND    Yes ☑    No ☐

Signed this 3RD day of DECEMBER, 20 17.

*Carey Pettigrew*
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| CAREY C. PETTIGREW | R26024 |
| Address: | Telephone Number: |
| P.O. BOX 99 PONTIAC, IL | |